Mr. Bruce E. Digby #0181700
Ramsey (1) One Unit
1100 FM 655
Rosharon, Texas 77583          January 5th, 2015:

In Re: NOTICE TO COURT CLERK'S OFFICE of my Bruce Digby
          Address Change of Unit's Loction:

Abel Acosta, Clerk's Office
COURT OF CRIMINAL APPEALS OF TEXAS
Supreme Court Bldg
201 W. 14th St. Rm. 106
P.O. Box 12308
Austin, Texas 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 09 2015

Abel Acosta, Clerk

Dear Mr. Acosta:

Please let this serve Your official office
as NOTICE OF ADDRESS CHANGE.
I, have been ship to be transferred to The
unit Ramsey one (1) unit, 1100 FM. 655
Rosharon, Texas 77583,

Please send all further Legal correspondents
To the inlisted title name BRUCE EDWARD DIGBY
TDCJ-CID Id. No. 0181700, SID. Id. NO. 03134610.
Official registered with the Secretary of State
John Steen official office, under person BRUCE
EDWARD DIGBY CORPORATION SID: 03134610.
None Official name pravite indinduial namy
Mr. Bruce Edward Digby, both PARTIES are
held in The Foreign STATE OF TEXAS, THE STATE OF
TEXAS COMMERCIAL CORPORATION THE TEXAS DEPARTMENT
OF CRIMINAL JUSTICE CORRECTIONAL INSTITUTIONAL
DIVISION THE EXECUTIVE CLEMENCY SECTION THE TEXAS
BOARD OF PARDON'S AND PAROLE CHAIRWOMAN RISSIE
OWENS and Executive Director Brad Livingston
State Farm being also know COUNTY Farms Location
Dry Dock Unit Ramsey one 1100 FM 655, Rosharon, Texas
77583, I, am being unlawful Restrat in custody.
Respectfully submitted
Thank you
Bruce Edward Rigby          1. OF. 1. Page          01-05-2015,